# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Christopher Michael Hartman            CHAPTER 7
       Melissa Anne Hartman

                Debtor(s)            BKY. NO. 24-21559 CMB

## AMENDED ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

         Respectfully submitted,

         /s/ Brent J. Lemon

         Denise Carlon, Esq. (317226)
         Brent J. Lemon, Esq. (86478)
         KML Law Group, P.C.
         BNY Mellon Independence Center
         701 Market Street, Suite 5000
         Philadelphia, PA 19106
         412-430-3594
         bkgroup@kmllawgroup.com