# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-21559-CMB |
| | ) | |
| CHRISTOPHER MICHAEL HARTMAN | ) | |
| AND MELISSA ANNE HARTMAN | ) | CHAPTER 7 |
| Debtors. | ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |
| ALLY BANK | ) | |
| Movant, | ) | |
| v. | ) | re doc. 15 |
| | ) | |
| CHRISTOPHER MICHAEL HARTMAN | ) | |
| AND MELISSA ANNE HARTMAN | ) | |
| Respondents | ) | |
| | ) | |
| LISA M SWOPE | ) | |
| Trustee | | |

## ORDER
**ENTERED BY DEFAULT**

AND NOW, this __13TH__ day of __August__, 2024, upon consideration of the Motion for Relief from Automatic Stay filed by Ally Bank, ("Ally"), and any responses thereto, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue with an action in vehicle repossession with respect to the 2014 Volvo S60 Sedan 4D T5 AWD 2.5L I5 Turbo, VIN YV1612FH8E1284120 (the "Vehicle") to levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. ~~The time period specified in Fed. R. Bankr. P. 4001(a)(3) is waived to allow Ally to immediately liquidate the Vehicle.~~ [struck through]

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

FILED
8/13/24 10:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm* dmk

CARLOTA M BOHM, JUDGE
U.S. BANKRUPTCY COURT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-21559-CMB
Christopher Michael Hartman  Chapter 7
Melissa Anne Hartman
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christopher Michael Hartman, Melissa Anne Hartman, 361 Thomas Road, Ligonier, PA 15658-2509 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MIDFIRST BANK blemon@kmllawgroup.com  lemondropper75@hotmail.com |
| Corey J. Sacca | on behalf of Joint Debtor Melissa Anne Hartman csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Corey J. Sacca | on behalf of Debtor Christopher Michael Hartman csacca@bononilaw.com coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com;r39887@notify.bestcase.com;3230706420@filings.docketbird.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Michael H Kaliner
    on behalf of Creditor Ally Bank mkaliner@orlans.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6